UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EUGENE P. FLEMON,                )
                 Plaintiff,      )
                                 )
          v.                     )    Civil Action No. 04-10114-
                                      GAO
                                 )
THOMAS REILLY,                   )
                 Defendant.      )

<u>MEMORANDUM AND ORDER</u>

On January 15, 2004, the Court received from Eugene Flemon an application to proceed without prepayment of fees, a motion for service by certified mail and document concerning plaintiff's efforts to obtain an affidavit of indigency from the prison law library.

The documents did not list any case number and the clerk opened these filings as a new action, Civil Action No. 04-10114-GAO. However, it appears plaintiff intended to file these documents to be filed in <u>Flemon v. Reilly</u>, C.A. No. 03-12490-MLW (pending).

Because it appears that instant case number was incorrectly opened as a new action, it shall be closed by the Clerk and the documents filed in this action shall be forwarded to the presiding judicial officer for Civil Action No. 03-12490-MLW.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>24th</u> day of <u>May</u>, 2004.


      /s/ George A. O'Toole, Jr.

     GEORGE A. O'TOOLE, JR.

UNITED STATES DISTRICT JUDGE