UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EUGENE P. FLEMON,            )
        Plaintiff,    )
                      )
   v.                        )   Civil Action No. 04-10114-GAO
                      )
THOMAS REILLY,               )
        Defendant.    )

ORDER OF DISMISSAL

O'TOOLE, D.J.

In accordance with this Court's order dated May 24, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

Date: May 25, 2004          By /s/ Barbara Morse
                               Deputy Clerk